IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LEODIS RANDLE                                                           PETITIONER

v.                          NO. 4:18-cv-00223 SWW

PULASKI COUNTY DETENTION CENTER,                                        RESPONDENTS
GENISE KEY, STATE OF ARKANSAS,
BARRY SIMS, and COLLEAN BARNHILL

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. No objections have been filed. After a careful, de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Leodis Randle is dismissed without prejudice. Judgment will be entered for respondent Wendy Kelley.

IT IS SO ORDERED this 11th day of June, 2018.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE